

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Luis Antonio ALVAREZ Aguilera,<br><br>Defendant. | Case No.: '22 MJ00434<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. §§ 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about February 9, 2022, within the Southern District of California, Luis Antonio ALVAREZ Aguilera, did knowingly and intentionally import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent Vincenzo L. Zoni
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 10th of February 2022.

HON BERNARD G. SKOMAL
U.S. MAGISTRATE JUDGE

# STATEMENT OF FACTS

On February 9, 2022, at approximately 12:44 PM, Luis Antonio ALVAREZ Aguilera, ("ALVAREZ"), a border crosser, Mexican national, applied for entry into the United States from Mexico through the Tecate Port of Entry in vehicle lane #1. ALVAREZ was the driver, sole occupant, and registered owner of a 2009 Ford Ranger ("the vehicle") bearing Mexico license plates.

A Customs and Border Protection Officer received two negative Customs declarations from ALVAREZ. ALVAREZ stated he was crossing the border to go to buy at battery for his vehicle at an AutoZone store in San Diego, California. A Customs and Border Protection Officer referred ALVAREZ and the vehicle for a secondary inspection.

A Customs and Border Protection Officer operating the Z-Portal X-Ray machine detected anomalies in the quarter panels and the spare tire of the vehicle.

A Canine Enforcement Officer was conducting secondary inspection operations when the Human and Narcotic Detection Dog alerted to the driver side door of the vehicle.

Further inspection of the vehicle resulted in the discovery of 92 packages concealed in the bed of the truck, driver side door, driver side quarter panel, dashboard, spare tire, back of driver seat, back of passenger seat, and passenger

1

quarter panel/back panel of the vehicle, with a total approximate weight of 69.22 kgs (152.60 lbs.). A sample of the substance contained within the packages field tested positive for the characteristics of methamphetamine.

ALVAREZ was placed under arrest at approximately 1:50 PM.

During a post-Miranda interview, ALVAREZ denied knowledge that the narcotics were in his vehicle. ALVAREZ stated that he was going to pick up documents from a friend's father in the United States and was to be paid $1,000 for picking up those documents. ALVAREZ stated that his friend may have placed the narcotics in his vehicle.

ALVAREZ was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.