# UNITED STATES DISTRICT COURT
for the
Southern District of California

United States of America )
v. )
Luis Antonio Alvarez-Aguilera ) Case No. 22-MJ-0434
_____ )
Defendant )

## STIPULATED CONTINUANCE OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1.

I agree to continue my preliminary hearing date to the date of my arraignment for the following reason(s):
☒ to obtain/review discovery
☒ to obtain/consider a pre-indictment offer from the United States
☐ other reason:

Date: 02-16-22

_____
Defendant's signature

_____
Signature of defendant's attorney

Sebastian L. Swain-Gil, State Bar No. 306050
_____
Printed name and bar number of defendant's attorney

Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101
_____
Address of defendant's attorney

Sebastian_Swain-Gil@fd.org
_____
E-mail address of defendant's attorney

(619) 234-8467
_____
Telephone number of defendant's attorney

For good cause, taking into account the public interest in the prompt disposition of criminal cases, and with the defendant's consent, the Court continues the preliminary hearing date to 3/10/22 at 1:30pm before Magistrate Judge Skomal.

Date: 2/18/22

_____
United States Magistrate Judge